RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER C. BELL | DOCKET NO. 1:13-CV-746; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LT. GOTREAUX, ET AL. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** Plaintiff's claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A, except that any claims regarding conditions of confinement and medical care at FCI Three Rivers be **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 9th day of October, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT