U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 10 2015

TONY R. MOORE, CLERK
BY _____/MB_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER C. BELL, SR.,<br>        Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:13-CV-0746 |
| VERSUS | |
| SIS LT. GOTREAUX, et al.,<br>        Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that defendants' motion for summary judgment (Doc. 33) is GRANTED and all of Bell's remaining claims are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10th day of March 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE